AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

John T. Coakley

v.

Massachusetts Bay Transportation Authority

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 12503 RGS

TO: (Name and address of Defendant) Massachusetts Bay Transportation Authority
Ten Park Plaza
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul J. Anthony, Esq.
Anthony, Brooks & Crowley, PA
303 Main Street
Charlestown, MA 02129

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: 11-29-04

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ Date ______________ *Signature of Server*

______________ *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

0409630

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

December 17, 2004

I hereby certify and return that on 12/16/2004 at 12:40PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to E.Mckenna,Cashier & agent in charge at time of service, for Massachusetts Bay Tranportation Authority, at , 10 Park Plaza, Room 3910 Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff Daniel Murray

Deputy Sheriff