UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN T. COAKLEY,
    Plaintiff

V.                                        C.A. NO: 04CV12503-RGS

MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY,
    Defendant

## NOTICE OF APPEARANCE

TO THE CLRK OF THE ASBOVE-NAMED COURT:

Please enter my appearance as attorney for the Plaintiff in the above-captioned action.

                                      Respectfully submitted,
                                      Plaintiff
                                      By his attorney,

                                      John P. LeGrand
                                      JOHN P. LEGRAND & ASSOCIATES, P.C.
                                      375 Broadway, Suite 2
                                      Somerville, MA 02145
                                      (617) 623-3001
                                      BBO No: 550185

Dated: April 15, 2005

## CERTIFICATE OF SERVICE

I, John P. LeGrand, Esquire, hereby certify that on this 15th day of April, 2005, I served a copy of the attached documents on all parties to this action by mailing same by first class mail postage prepaid to:

Todd M. Valicenti, Esquire
MBTA
10 Park Plaza, 7th Floor
Boston, MA 02116

Paul J. Anthony, Esquire
ANTHONY, BROOKS & CROWLEY
303 Main Street
Charlestown, MA 02129

_____
John P. LeGrand