UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

JOHN T. COAKLEY, )
    Plaintiff )
)
) C.A. No: 04CV12503-RGS
v )
)
MASSACHUSETTS BAY TRANSPORTATION )
AUTHORITY, )
    Defendant )

## MOTION TO WITHDRAW

NOW COMES Paul J. Anthony counsel for the plaintiff in the above-captioned matter and hereby respectfully requests this Honorable Court to allow his motion to withdraw as counsel.

As grounds therefore, counsel states that plaintiff has retained attorney John P. LeGrand for representation of which an appearance has been filed. Therefore, counsel respectfully requests this Honorable Court allow this motion.

Respectfully submitted,
Defendant,
By his attorney

_____
Paul J. Anthony
ANTHONY, BROOKS & CROWLEY, PA
BBO#630872
303 Main Street
Charlestown, MA 02129

Dated: 5-6-05

## CERTIFICATE OF SERVICE

I, Paul J. Anthony, do hereby certify that on this date a true copy of the attached motion was served by first class, postage prepaid to the following:

>Todd M. Valicenti, Esq.
>MBTA
>Ten Park Plaza
>Boston, MA 02116
>
>John P. LeGrand, Esq.
>JOHN P. LEGRAND & ASSOCIATES, PC
>375 Braodway, Suite 2
>Somerville, MA 02145

Paul J. Anthony

DATED: 5-6-05