UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO.: 04CV12503-RGS

JOHN T. COAKLEY
   Plaintiff

V.

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY
   Defendant

### CERTIFICATION OF PLAINTIFF JOHN T. COAKLEY PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the Plaintiff, hereby certifies and affirms that he and counsel for the Plaintiff have conferred:

   a.   With a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and

   b.   To consider resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Plaintiff

*/s/ John T. Coakley*
John T. Coakley
2 Pilgrim Road
Woburn, MA 01801

Attorney for the Plaintiff

*/s/ John P. LeGrand*
John P. LeGrand
BBO#550185
JOHN P. LEGRAND
& ASSOCIATES, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
(617) 623-3001
e-mail: legrandlaw@AOL.com

Attorney for the Plaintiff

*Paul J Anthony (cn)*

Paul J. Anthony, Esquire
BBO#630872
ANTHONY, BROOKS & CROWLEY
303 Main Street
Charlestown, MA 02129
(617) 242-0900
e-mail: paulanthony @abclawyers.com