UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN T. COAKLEY,<br>      Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>      Defendant | Civil Action No. 04CV12503-RGS |

## CERTIFICATION OF DEFENDANT, MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Defendant, Massachusetts Bay Transportation Authority, hereby certifies and affirms that it and counsel for Defendant have conferred:

    a.    With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

    b.    To consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY
by its Authorized Representative,

_____
William A. Mitchell, Jr.
General Counsel

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY
by its Attorney,

_____
Todd M. Valicenti, BBO# 632800
Kevin S. McDermott, BBO# 544513
Assistant General Counsel
MBTA Law Department
Ten Park Plaza, Suite 7760
Boston, MA 02116
(617) 222-4579
e-mail: tvalicenti@mbta.com