UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

JOHN T. COAKLEY,
    Plaintiff

v.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
    Defendant

CIVIL ACTION NO. 04CV12503-RGS

## JOINT STATEMENT OF THE PARTIES
## PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1 and this Court's Notice of Scheduling Conference, the parties hereby report to the Court as follows:

I.    AGENDA FOR SCHEDULING CONFERENCE

The parties suggest the following agenda of matters to be discussed at the conference:

    A)    The scheduling of discovery.

    B)    The position of the parties regarding settlement/mediation.

II.    PROPOSED SCHEDULING ORDER

The parties suggest the following:

    A)    Initial Disclosures, pursuant to F.R.Civ.P. 26(a)(1), will be made on or before June 14, 2005.

    B)    Fact discovery will end on January 31, 2006.

    C)    Plaintiff's experts will be disclosed by September 15, 2005.

    D)    Defendant's experts will be disclosed by November 30, 2005.

    E)    Dispositive motions will be filed by March 16, 2006, with oppositions to be filed by April 6, 2006.

  F)  Pretrial Conference/Hearing on dispositive motions will take place in May 2006.

  G)  Trial will take place thereafter.

III. The parties submit that they have conferred with respect to settlement and have not reached an agreement. The parties further submit that if mediation appears a viable means to resolve this matter, they will jointly move the Court for a modification of the scheduled events to allow for mediation.

IV. The parties have submitted Certifications pursuant to Local Rule 16.1(D)(3), both of which are attached hereto as <u>Exhibit A</u>.

V. The parties consent to a trial before a magistrate judge.

Respectfully submitted,

FOR THE PLAINTIFF
by his Attorneys,

_/s/ John P. LeGrand_
John P. LeGrand, BBO# 550185
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
(617) 623-3001
e-mail: legrandlaw@aol.com

FOR THE MASSACHUSETTS
BAY TRANSPORTATION
AUTHORITY
by its Attorneys,

_/s/ Todd M. Valicenti_
Todd M. Valicenti, BBO# 632800
Kevin S. McDermott, BBO# 544513
Assistant General Counsel
MBTA Law Department
Ten Park Plaza, Suite 7760
Boston, MA 02116
(617) 222-4579
e-mail: tvalicenti@mbta.com

_/s/ Paul J. Anthony_
Paul J. Anthony, BBO# 630872
Anthony, Brooks & Crowley
303 Main Street
Charlestown, MA 02129
(617) 242-0900
e-mail: paulanthony@abclawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 5/9/05

_/s/_

2