UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 12503 RGS

|  |  |
|---|---|
| JOHN T. COAKLEY | ) |
| Plaintiff | ) |
| V. | ) |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, | ) |
| Defendant | ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as an additional attorney for the Plaintiff (co-counsel with John P. LeGrand, Esq.) in the above-captioned action.

                        Respectfully submitted,
                        For the plaintiff,

                        Sol J. Cohen   /s/
                        Sol J. Cohen
                        BBO # 630776
                        COHEN & SALES
                        43 Thorndike Street
                        Cambridge, MA 02141
                        (617) 621-1151

Dated: 1/10/06

## CERTIFICATE OF SERVICE

      I, Sol J. Cohen, attorney for the plaintiff, John T. Coakley, hereby certify that on this _____ day of _____, 2006, I served a copy of the above document on the defendants in this action, by mailing the same, postage pre-paid to the pro se defendant and to the remaining defendants' attorneys at the following address:

Todd M. Valicenti, Esq.
MBTA Legal Department
Ten Park Plaza, Suite 7761
Boston, MA 02116

John P. LeGrand, Esq.
John P. LeGrand & Associates
375 Broadway, Suite 2
Somerville, MA 02145

                                              _____
                                              Sol J. Cohen