UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN T. COAKLEY,<br>　　　　Plaintiff<br>v.<br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-12503-LTS |

## JOINT MOTION TO AMEND THE JOINT SCHEDULE

Now come the parties and move that this Honorable Court amend the Joint Schedule in this matter by extending the deadline for the completion of discovery six (6) months and by extending all subsequent stages of litigation accordingly as follows:

1.  Fact discovery to be completed by July 31, 2006;
2.  The Status Conference, which is set for February 7, 2006 before Magistrate Judge Leo T. Sorokin, to be continued to a date after July 31, 2006; and
3.  Dispositive Motions to be filed by September 15, 2006, with oppositions to be filed by October 6, 2006.

As grounds therefore, the parties state that they have been intensively attempting to settle this matter and, as a result, their efforts have, thus far, been focused in that regard; that negotiations are continuing and amending the Joint Schedule may serve to promote the settlement of this matter; that, as this is a joint motion, neither of the parties will be prejudiced by the allowance of same; and that this motion is being submitted for good cause and in good faith.

WHEREFORE, the parties respectfully request that this Honorable Court amend the Joint Schedule by extending the deadline for the completion of discovery and by extending all subsequent stages of litigation as set forth above.

2

Respectfully submitted
For the Plaintiff
By his attorney,

/s/John P. LeGrand
John P. LeGrand, BBO# 550185
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
Tel: (617) 623-3001
E-mail: legrandlaw@aol.com

Respectfully submitted
For the MBTA
By its attorney,

/s/Todd M. Valicenti
Todd M. Valicenti, BBO# 632800
Kevin S. McDermott, BBO# 544513
Assistant General Counsel
MBTA Legal Department
Ten Park Plaza, Suite 7760
Boston, MA 02116
Tel: (617) 222-4579
E-mail:  tvalicenti@mbta.com

**CERTIFICATE OF COMPLIANCE WITH LR 7.1(A)(2)**

We, Todd M. Valicenti and John P. LeGrand, hereby certify that we conferred on the 4th day of January 2006, in a good faith attempt to resolve or narrow the foregoing issues.

/s/John P. LeGrand                    /s/Todd M. Valicenti
John P. LeGrand                       Todd M. Valicenti

2