UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12503-LTS

```
_____
                                )
JOHN T. COAKLEY,                )
        Plaintiff               )
                                )
V.                              )
                                )
MASSACHUSETTS BAY               )
TRANSPORTATION AUTHORITY,       )
        Defendant               )
_____)
```

## JOINT STATUS REPORT AND MOTION TO CONTINUE STATUS CONFERENCE

NOW COME the parties to the above-entitled action and jointly move that this Honorable Court continue the Status Conference of this matter, which is currently scheduled for Tuesday, November 14, 2006, for a period of at least 60 days. The parties provide the following as the grounds upon which they move to continue the Status Conference as well as their status report on this matter:

1. The parties had previously agreed to stay discovery beyond written requests and responses pending the decision of the Arbitrator on the plaintiff's union grievance in connection with the termination of his employment for disciplinary reasons.

2. The Arbitrator issued his decision on or about October 13, 2006, reducing the plaintiff's discipline from the termination of his employment to a 40 working day suspension. The MBTA, pursuant to M.G.L. c.150C, s.11, has 30 days from the date of its receipt of the decision to appeal same. The MBTA is

currently reviewing said decision and has not yet decided whether or not it will appeal same.

3.      In light of the Arbitrator's decision, the parties have re-initiated their settlement discussions in this matter.  Those discussions are ongoing and the parties have made some progress.  However, until the parties know whether or not the MBTA will appeal the Arbitrator's decision, they will not be able to reach a final resolution of this matter.

4.      In light of the above, the parties move that this Honorable Court continue the Status Conference of this matter for at least 60 days in order to learn whether or not the MBTA will appeal the Arbitrator's decision and to allow the parties to continue their settlement discussions.

WHEREFORE, the parties respectfully move that this Honorable Court continue the Status Conference of this matter for at least 60 days.


Respectfully submitted,

For the plaintiff,                                          For the defendant,


Sol J. Cohen   /s/                                        Todd M. Valicenti   /s/
Sol J. Cohen                                              Todd M. Valicenti
BBO # 630776                                              BBO # 632800
COHEN & SALES                                             MBTA Legal Department
43 Thorndike Street                                       Ten Park Plaza, Suite 7760
Cambridge, MA 02141                                       Boston, MA 02116
(617) 621-1151                                            (617) 222-4579