UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12503-LTS

|  |  |
|---|---|
| JOHN T. COAKLEY,<br>　　　Plaintiff<br><br>V.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SECOND JOINT STATUS REPORT AND MOTION TO CONTINUE STATUS CONFERENCE

　　NOW COME the parties to the above-entitled action and jointly move that this Honorable Court continue the Status Conference of this matter, which is currently scheduled for Wednesday, December 13, 2006, for a period of six months. The parties provide the following as the grounds upon which they move to continue the Status Conference:

　　1.　　The parties had previously agreed to stay discovery beyond written requests and responses pending the decision of the Arbitrator on the plaintiff's union grievance in connection with the termination of his employment for disciplinary reasons.

　　2.　　The Arbitrator issued his decision on or about October 13, 2006, reducing the plaintiff's discipline from the termination of his employment to a 40 working day suspension. The MBTA, pursuant to M.G.L. c.150C, s.11, filed an appeal to the Superior Court of the Arbitrator's decision. Counsel for the defendant has obtained an estimate of up to six months for final decision on the appeal.

3. The parties have held settlement discussions in this matter and, in the event that the appeal is denied, are not relatively far apart on potential settlement terms. However, until the parties know of the final decision on appeal of the Arbitrator's decision, they will not be able to reach a final resolution of this matter.

4. In light of the above, the parties move that this Honorable Court continue the Status Conference of this matter for six months in order to learn whether or not the MBTA's appeal of the Arbitrator's decision will be successful.

WHEREFORE, the parties respectfully move that this Honorable Court continue the Status Conference of this matter for a period of six months.

Respectfully submitted,
For the plaintiff,

Sol J. Cohen   /s/
Sol J. Cohen
BBO # 630776
COHEN & SALES
43 Thorndike Street
Cambridge, MA 02141
(617) 621-1151

For the defendant MBTA,

Todd M. Valicenti     /s/
Todd M. Valicenti
BBO #632800
MBTA Legal Department
Ten Park Plaza, Suite 7760
Boston, MA 02116
(617) 222-4579