UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12503-LTS

|  |  |
|---|---|
| JOHN T. COAKLEY,<br>    Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>    Defendant | )<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT REGARDING**
**THE APPEAL OF THE ARBITRATION AWARD**

NOW COME the parties to the above-referenced matter and provide the following as their status report on the appeal of the arbitration award involving the Plaintiff and the Massachusetts Bay Transportation Authority ("MBTA") pending in Suffolk County Superior Court, Civil Docket No. SUCV2006-04729-F.

1. The Plaintiff's union filed a grievance on the Plaintiff's behalf in connection with the termination of his employment from the MBTA for disciplinary reasons, which culminated in a binding arbitration.

2. The arbitrator issued a decision on or about October 13, 2006 reducing the Plaintiff's discipline from the termination of his employment to a 40 working-day suspension.

3. The MBTA, pursuant to M.G.L. c. 150C, § 11, filed an appeal of the arbitration award, entitled, Complaint and Application to Vacate Arbitration Award on or about November 10, 2006.

4. The Plaintiff's union filed an Answer and Counterclaim on or about December 13, 2006 and the MBTA filed a Reply thereto on or about December 28, 2006.

5. The MBTA and the Plaintiff's union have agreed to a briefing schedule as follows: the MBTA will file its Motion for Summary Judgment and Brief on or before March 15, 2007 and the Plaintiff's union will file its Response by March 30, 2007.

2

6.	The Superior Court will schedule the matter for oral argument prior to issuing a decision.  It should be noted that the Tracking Order, which placed this matter on an accelerated track, sets what it refers to as a "firm trial date" for May 9, 2007 and a "case disposed" of date of June 8, 2007.

7.	The decision of the Superior Court may be appealed to the Massachusetts Court of Appeals.


Respectfully submitted,

For the Plaintiff,                                                                  For the MBTA,



/s/ Sol J. Cohen                                                                  /s/ Todd M. Valicenti
Sol J. Cohen                                                                       Todd M. Valicenti
BBO # 630776                                                                   BBO # 632800
COHEN & SALES                                                               MBTA Legal Department
43 Thorndike Street                                                            Ten Park Plaza, Suite 7760
Cambridge, MA 02141                                                      Boston, MA 02116
(617) 621-1151                                                                   (617) 222-4579
e-mail:cohensales@aol.com                                              e-mail:tvalicenti@mbta.com