UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12503-LTS

|  |  |
|---|---|
| | ) |
| JOHN T. COAKLEY, | ) |
| Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| MASSACHUSETTS BAY | ) |
| TRANSPORTATION AUTHORITY, | ) |
| Defendant | ) |
| | ) |

**AMENDED JOINT STATUS REPORT REGARDING
THE APPEAL OF THE ARBITRATION AWARD**

NOW COME the parties to the above-referenced matter and provide the following as their amended status report on the appeal of the arbitration award involving the Plaintiff and the Massachusetts Bay Transportation Authority ("MBTA") pending in Suffolk County Superior Court, Civil Docket No. SUCV2006-04729-F.

1.      The Plaintiff's union filed a grievance on the Plaintiff's behalf in connection with the termination of his employment from the MBTA for disciplinary reasons, which culminated in a binding arbitration.

2.      The arbitrator issued a decision on or about October 13, 2006 reducing the Plaintiff's discipline from the termination of his employment to a 40 working-day suspension.

3.      The MBTA, pursuant to M.G.L. c. 150C, § 11, filed an appeal of the arbitration award, entitled, Complaint and Application to Vacate Arbitration Award on or about November 10, 2006.

4.      The Plaintiff's union filed an Answer and Counterclaim on or about December 13, 2006 and the MBTA filed a Reply thereto on or about December 28, 2006.

5.      The MBTA and the Plaintiff's union have agreed to a new motion and briefing schedule and on March 12, 2007, they filed a joint motion to establish the motion and briefing schedule as follows: the MBTA will file its Motion for Judgment on the

2

Pleadings/Summary Judgment on or before March 19, 2007; the Plaintiff's union will file its Opposition/Cross Motion by April 30, 2007; and the MBTA will file its Opposition/Reply by May 10, 2007.

6.      The parties requested that the Superior Court schedule the matter for oral argument prior to issuing a decision.  It should be noted that the Tracking Order, which placed this matter on an accelerated track, sets what it refers to as a "firm trial date" of May 9, 2007 and a "case disposed" date of June 8, 2007.

7.      The decision of the Superior Court may be appealed to the Massachusetts Court of Appeals.


Respectfully submitted,

For the Plaintiff,                                                  For the MBTA,



/s/ Sol J. Cohen                                              /s/ Todd M. Valicenti
Sol J. Cohen                                                   Todd M. Valicenti
BBO # 630776                                                BBO # 632800
COHEN & SALES                                            MBTA Legal Department
43 Thorndike Street                                         Ten Park Plaza, Suite 7760
Cambridge, MA 02141                                    Boston, MA 02116
(617) 621-1151                                                (617) 222-4579
e-mail:cohensales@aol.com                            e-mail:tvalicenti@mbta.com