UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12503-LTS

|  |  |
|---|---|
| JOHN T. COAKLEY,<br>　　　Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT STATUS REPORT REGARDING
### THE APPEAL OF THE ARBITRATION AWARD

　　　NOW COME the parties to the above-referenced matter and provide the following as their status report on the appeal of the arbitration award involving the Plaintiff and the Massachusetts Bay Transportation Authority ("MBTA") pending in Suffolk County Superior Court, Civil Docket No. SUCV2006-04729-F.

1.　　　The Plaintiff's union filed a grievance on the Plaintiff's behalf in connection with the termination of his employment from the MBTA for disciplinary reasons, which culminated in a binding arbitration.

2.　　　The arbitrator issued a decision on or about October 13, 2006 reducing the Plaintiff's discipline from the termination of his employment to a 40 working-day suspension.

3.　　　The MBTA, pursuant to M.G.L. c. 150C, § 11, filed an appeal of the arbitration award, entitled, Complaint and Application to Vacate Arbitration Award on or about November 10, 2006.

4.　　　All dispositive motions have been filed in this matter, as the parties filed their Cross Motions for Summary Judgment/Judgment on the Pleadings on May 25, 2007 in accordance with the amended motion and briefing schedule adopted by the Superior Court.

5.	It is expected that the Superior Court will soon issue a notice of a hearing date for oral argument of this matter, after which it will issue a decision.

6.	The parties prefer to continue the stay of this matter for 90 days to allow for the resolution of the first level of appeal of the union grievance matter.

7.	If the Court is not inclined to grant such a stay, the parties will be prepared to address a proposed order for the completion of discovery at the status conference on September 10, 2007.

WHEREAS, the parties respectfully seek a further stay of 90 days of this matter to allow for the resolution of the union grievance matter and for the r-scheduling of the status conference to a time thereafter, or, in the alternative, to address the completion of discovery at the status conference on September 10, 2007.

Respectfully submitted,

| For the Plaintiff, | For the MBTA, |
|---|---|
| /s/ Sol J. Cohen | /s/ Todd M. Valicenti |
| Sol J. Cohen | Todd M. Valicenti |
| BBO # 630776 | BBO # 632800 |
| COHEN & SALES | MBTA Legal Department |
| 43 Thorndike Street | Ten Park Plaza, Suite 7760 |
| Cambridge, MA 02141 | Boston, MA 02116 |
| (617) 621-1151 | (617) 222-4579 |
| e-mail:cohensales@aol.com | e-mail:tvalicenti@mbta.com |

Dated: August 31, 2007