UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12503-LTS

|  |  |
|---|---|
| JOHN T. COAKLEY,<br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT REGARDING
THE APPEAL OF THE ARBITRATION AWARD AND
PROPOSED SCHEDULING ORDER**

    NOW COME the parties to the above-referenced matter and hereby submit the following as their status report on the appeal of the arbitration award involving the Plaintiff and the Massachusetts Bay Transportation Authority ("MBTA"), Suffolk County Superior Court, Civil Docket No. SUCV2006-04729-F, and their proposed scheduling order.

I.    STATUS OF THE APPEAL OF THE ARBITRATION AWARD

1.    The Plaintiff's union filed a grievance on behalf of the Plaintiff and another employee in connection with the termination of their employment from the MBTA for disciplinary reasons, which culminated in a binding arbitration.

2.    The arbitrator issued a decision on or about October 13, 2006 reducing the Plaintiff's and the other employee's discipline from the termination of their employment to a 40 working-day suspension and reinstating them to their former positions.

3.    The MBTA, pursuant to M.G.L. c. 150C, § 11, filed an appeal of the arbitration award, entitled, Complaint and Application to Vacate Arbitration Award on or about November 10, 2006.

4.    The parties filed their respective Cross Motions for Summary Judgment/Judgment on the Pleadings which were heard by the Honorable Christopher J. Muse on January 8, 2008 in the Suffolk County Superior Court.

5.    Judge Muse issued a Memorandum of Decision on March 24, 2008 ordering that judgment enter affirming the decision of the arbitrator.

6.    The MBTA filed a Notice of Appeal on or about April 23, 2008 with respect to so much of the judgment as it pertains to the Plaintiff.

7.    The Plaintiff's union and the MBTA are in the process of negotiating the Plaintiff's return to work, including whether he is required to sign the standard return to work agreement as set forth in the MBTA's Drug and Alcohol Policy, which the arbitrator found that the Plaintiff had violated.

II.    PROPOSED SCHEDULING ORDER

The parties suggest the following:

A)    Plaintiff proposes that he disclose any expert economist by July 31, 2008. The MBTA objects to the need for an expert economist. (Counsel will be prepared to address this issue at the Status Conference on May 6, 2008.) In the event that the Court allows such an expert to testify, the MBTA will disclose its expert by August 31, 2008.

B)    All discovery completed by September 30, 2008. (Written discovery is complete with the exception of Plaintiff's response to the MBTA's First Set of Interrogatories to the Plaintiff).

C)    Dispositive motions served and filed by October 31, 2008, with oppositions served and filed by November 30, 2008.

Respectfully submitted,

| For the Plaintiff, | For the MBTA, |
|---|---|
| /s/ Sol J. Cohen | /s/ Todd M. Valicenti |
| Sol J. Cohen | Todd M. Valicenti |
| BBO #630776 | BBO #632800 |
| COHEN & SALES | MBTA Legal Department |
| 43 Thorndike Street | Ten Park Plaza, Suite 7760 |
| Cambridge, MA 02141 | Boston, MA 02116 |
| (617) 621-1151 | (617) 222-4579 |

Dated: May 2, 2008